IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

DAVID LUNA,

    Defendant.

                                         /

No. MC 16-80215 WHA

**ORDER RE PROPOSED LAWSUIT**

In compliance with the terms of his supervised release (*see* Case No. 10-0068, Dkt. No. 312), defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in state court. In his complaint, Brosnan alleges that, in 2007, defendant David Luna told Brosnan that he had mailed copies of court documents to third-party individuals (as promised) but that Luna in fact never mailed copies of the documents. Brosnan asserts a single claim for fraud.

Brosnan's proposed complaint is frivolous. Permission to file this complaint against David Luna is **DENIED**. The Clerk shall please return the complaint.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE